UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MAYA MD, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Farnam Street Financial, Inc., <br><br> Defendant. | Court File No. 25-cv-04522-PJS-EMB <br><br><br> **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Maya MD, Inc. states that it has no parent corporation and no publicly held corporation owning 10% or more of its stock.

Dated: January 5, 2026

**GUSTAFSON GLUEK PLLC**

By: /s/David A. Goodwin
Daniel E. Gustafson (#202241)
David A. Goodwin (#0386715)
Tony J. Stauber (#0401093)
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
tstauber@gustafsongluek.com

Rachel Veronica Rose (*pro hac vice*)
Texas Bar No. 24074982
Rachel V. Rose – Attorney at Law, PLLC
P.O. Box 22718
Houston, Texas 77227
Tel: (713) 907-7442
rvrose@rvrose.com

2

Ralph R. Safford (*pro hac vice*)
Michigan Bar No. 24633
Safford & Baker, PLLC
5440 Corporate Drive, Ste. 220
Troy, MI 48098
Tel: (248) 670-0176
rsafford@saffordbaker.com

**Attorneys for Plaintiff Maya MD, Inc.**

2